HUD. MADDEN v. STATE.

No. A-936. Opinion Filed November 25, 1911.

Appeal from Cleveland County Court; N. E. Sharp, Judge.

Hud. Madden was convicted of violating the prohibitory law, and appeals. Affirmed.

B. F. Wolf, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Cleveland county at the September, 1910, term, on a charge of unlawfully conveying intoxicating liquor, and his punishment fixed at a fine of fifty dollars and thirty days' imprisonment in the county jail. The appeal was filed in this court on the 28th day of October, 1910. No briefs have been filed on behalf of the plaintiff in error and no appearance made for oral argument. The Assistant Attorney General on the day the case was set for oral argument, moved the court to affirm the judgment for want of prosecution. The motion is well taken and is sustained, and the judgment of the trial court is accordingly affirmed with directions to enforce it.

TOM RATLIFF v. STATE.

No. A-967. Opinion Filed November 25, 1911.

Appeal from Ellis County Court; A. E. Williams, Judge.

Tom Ratliff was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Perry J. Morris, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Ellis county at the July, 1910, term, on a charge of selling intoxicating liquors, and on the 12th day of August was adjudged to pay a fine of two hundred dollars and serve ninety days in the county jail. On the same date the court granted 45 days in which to make and serve case-made, but did not fix time for filing petition in error and case-made in this court. On the 24th day of September thereafter an additional order was made extending the time 30 days in which to make and serve case-made, but no extension of time was granted within which to file the appeal in this court. The appeal was not filed in this court until the 5th day of December, 1910, nearly thirty days after the time within which the law provides it should have been filed. The Attorney General has filed a motion to dismiss the appeal on the ground that it was not taken within the time allowed by law. The motion is well taken and is sustained, and the appeal accordingly dismissed.